# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JODY GOLDSBERRY**                                                                                              **PETITIONER**
Reg #41676-044

**v.**                               **CASE NO. 2:21-CV-00010-BSM**

**JOHN P. YATES,** *Warden,*
*FCI Forrest City Low*                                                                                              **RESPONDENT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate J. Thomas Ray's recommended disposition [Doc. No. 18] is adopted, and Jody Goldsberry's petition [Doc. Nos. 1, 17] is denied. His claims one and three are dismissed, without prejudice, for lack of jurisdiction. Claim two is dismissed with prejudice.

IT IS SO ORDERED this 19th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE